KNOLL, Justice,
dissenting.
|,In my view, the criminal conduct of respondent is a total disgrace to our time honored profession. To add “insult to injury,” when asked why he would have made the altered report at all, he explained he was trying to “test” his abilities “of using the computer and creating a document.” To accept his explanation as truthful would be an insult to this Court.
I find respondent’s forgery of a medical record to assist his client obtain illegal drugs so reprehensible as to qualify him for permanent disbarment. In exchange for financial compensation, respondent altered a medical document and provided it to his client, who intended to use it to fraudulently obtain controlled dangerous substances, Oxycodone. Respondent has thereby clearly demonstrated he lacks the good moral character and fitness to practice law in Louisiana. The numerous ag *1291 gravating factors present simply reinforce my conclusion.
Accordingly, I dissent and would order respondent be permanently disbarred.